635 So.2d 234 (1994)
Harry R. LAYNE, Anthony P. Abraham, Lakefront North Properties, Inc., and Anthony P. Abraham, Inc.
v.
The CITY OF MANDEVILLE, Adelaide J. Boettner, James J. Gleason, III, Emile Navarre, Edward J. Price, III, Kenneth V. Sollberger, Lynn R. Mitchell, Mertis A. Fulton, Lawrence J. Justrabo, John Paul Landry, Nils W. Lindbloom and Edward S. Ryan.
No. 94-C-0268.
Supreme Court of Louisiana.
March 25, 1994.
Denied.
CALOGERO, C.J., and MARCUS and HALL, JJ., would grant the writ.
DENNIS, J., not on panel.